**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:26-cv-80255-EA**

**Sergii Starostin,**

      Plaintiff,

v.

**Joseph B. Edlow,**
**Et al.,**

      Defendant(s).

_____/

## ORDER GRANTING JOINT MOTION TO REMAND

This cause comes before the Court on the parties' joint motion to remand the plaintiff's petition for naturalization to the United States Citizenship and Immigration Services ("USCIS") for adjudication, pursuant to 8 U.S.C. § 1447(b) [ECF No. 11].

Therefore, it is **ORDERED AND ADJUDGED**:

1. The joint motion [ECF No. 11] is **GRANTED**.

2. The adjudication of the petition is **REMANDED** to USCIS. As requested by the parties, USCIS shall adjudicate the plaintiff's petition within **90 days** of the issuance of this order, and, if the plaintiff's petition is ultimately approved, USCIS shall schedule a naturalization ceremony for the plaintiff within **60 days** of the date of any approval.

3. This **CASE IS CLOSED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 22nd day of May 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**George Harding Ganey**
Ganey Law Group LLC
1400 16th St NW, Ste 500
Washington, DC 20036
202-650-7415
Email: george@ganeylawgroup.com

**Fairuze Mohamed Sofia**
912 S Andrews Ave
Fort Lauderdale, FL 33316
954-765-6591
Email: fairuze@fairuzesofia.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**John Ghannam**
U.S. Attorney's Office, Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
305-961-9030
Email: John.Ghannam@usdoj.gov